IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DAARON McADOO                                                                                            PLAINTIFF

       v.                          Civil No. 6:13-cv-06088

SERGEANT AMY MARTIN, Hot Spring
County Detention Center; and
OFFICER BEN CASH, Hot Spring County
Detention Center, Both Sued in Their
Individual and Official Capacities                                                                   DEFENDANTS

## JUDGMENT

      For the reasons stated in a memorandum opinion entered this same date, judgment is hereby entered against the Defendants in the amount of $1 in nominal damages and $311.66 in costs for a total judgment of $312.66 in favor of the Plaintiff. Further, Defendants are directed to pay the Clerk of Court $38.34 representing the remainder of the filing fee due in this case.

      IT IS SO ADJUDGED this 21st day of March 2017.

                                                      /s/ Susan O. Hickey
                                                    SUSAN O. HICKEY
                                                    UNITED STATES DISTRICT JUDGE