IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


DAARON MCADOO                                                                                    PLAINTIFF


v.                                            Case No. 6:13-cv-6088

SERGEANT AMY MARTIN and
OFFICER BEN CASH                                                                              DEFENDANTS


**ORDER**

Before the Court is Defendants' Notice of Satisfaction of Judgment.  (ECF No. 53).  On March 21, 2017, the Court entered a judgement in this case in favor of Plaintiff Daaron McAdoo in the sum of $1.00 in nominal damages and $311.66 in costs, for a total judgment of $312.66, as well as $38.34 representing the remainder of the case's filing fee.  In the instant notice, Defendants state that they have paid all amounts provided by the Court's judgment, and thus the judgment is satisfied.  Thus, Defendants ask that this case be dismissed with prejudice and that the Clerk of Court enter the satisfaction by marginal endorsement on behalf of the Defendants.

The Court notes that Defendants provided copies of the cashier's checks and deposit slip sent to Defendant via that Arkansas Department of Correction.  In light of this, the Court finds that Defendants have fully satisfied the Court's March 21, 2017 judgment.  However, the Court finds no need to dismiss the case with prejudice because the case has already reached its conclusion.  For this reason, Defendants' request for dismissal (ECF No. 53) is **DENIED**.

**IT IS SO ORDERED**, this 3rd day of April, 2017.

                                                                        /s/ Susan O. Hickey
                                                                        Susan O. Hickey
                                                                        United States District Judge